# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

MICHAEL V. GABRIELE
(Plaintiff)

v.

LAW OFFICE OF MARTHA CROOG, LLC, and AMERICAN HOME MORTGAGE SERVICING, INC.
(Defendants)

**APPEARANCE**

**CASE NUMBER:**

**To the Clerk of this court and all parties of record:**

Enter my appearance as counsel in this case for:

MICHAEL V. GABRIELE
(Plaintiff)

**I certify that I am admitted to practice in this court.**

| | |
|---|---|
| 11/15/2010 | /s/ J. Hanson Guest |
| **Date** | **Signature** |
| ct28167 | J. Hanson Guest |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (860) 231-6250 | 121 New Park Ave. |
| **Telephone Number** | **Address** |
| (860) 231-6252 | Hartford, CT 06106 |
| **Fax Number** | |
| attrf@aol.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

I hereby certify that on  11/15/2010 , a copy of the foregoing  Appearance  was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [list names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Croog, LLC
190 Trumbull Street, 2nd Fl.
Hartford, CT 06103

AHMSI
1525 South Belt Line Road, Coppell, TX, 75019-4913

/s/ J. Hanson Guest
Signature

**(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)**

Atty-Appearance.wpd Sept. 2008