UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL V. GABRIELE,<br>PLAINTIFF | CIVIL ACTION NO.<br>3:10-CV-01798 (WWE) |
| V. | |
| LAW OFFICE OF MARTHA<br>CROOG, LLC, ET AL<br>DEFENDANTS | APRIL 8, 2011 |

## MARTHA CROOG, LLC'S MOTION TO DISMISS

The defendant, Martha Croog, LLC f/k/a Law Office of Martha Croog, LLC (the "Defendant" or "Martha Croog, LLC"), moves to dismiss the Amended Complaint filed by the plaintiff, Michael V. Gabriele (the "Plaintiff"), with prejudice, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In addition to the failure to state a claim upon which relief may be granted, dismissal is compelled under the Rooker-Feldman, res judicata, collateral estoppel and litigation privilege doctrines, as well as the *Colorado River* Prudential Abstention Doctrine. For example, as pled (and without regard to the legal effect of the material facts omitted from his claims), the conduct alleged to be actionable under the state law remedy of CUTPA[1] is not actionable because it occurred during the course of the Defendant's representation of a client. Similarly, the FDCPA[2] claims fail inasmuch as (1) the Defendant is not a debt collector as it was enforcing a security interest; (2) none of the alleged communications, consisting exclusively of pleadings filed during the Foreclosure, were made to the debtors; and (3) none of the alleged "misrepresentations" are material to the collection of a debt. Finally, the material facts,

---

**ORAL ARGUMENT NOT REQUESTED**

[1] The Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a, et seq. ("CUTPA").
[2] The Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (the "FDCPA").

intentionally omitted by the Plaintiff in the pleading of his FDCPA and CUTPA claims, show why an order of dismissal under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) must enter, with prejudice.

In further support of this Motion to Dismiss, the Defendant contemporaneously submits a Memorandum of Law in Support of Motion to Dismiss and a Certification of Foreclosure Pleadings and Exhibits in Support of Motion to Dismiss.

WHEREFORE, Defendant respectively requests that the Court dismiss the Plaintiff's Amended Complaint in its entirety, with prejudice, and order such further relief as the Court deems just and proper.

        **DEFENDANT**
        **MARTHA CROOG, LLC**

        **BY:** */s/ Jonathan A. Kaplan (CT27126)*
        Jonathan A. Kaplan, Esq. (CT27126)
        Martha Croog (CT12730)
        Martha Croog, LLC
        The Brownstone
        190 Trumbull Street, 2nd Floor
        Hartford, CT 06105
        (860) 236-9661
        Jonathan.Kaplan@MCroogLLC.com

## CERTIFICATE OF SERVICE

  I, Jonathan A. Kaplan, hereby certify that on April 8, 2011 a copy of Martha Croog, LLC's Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

J. Hanson Guest, Esq.
Guest & Associates
151 New Park Avenue
Hartford, CT 06106
860-521-2711
Email: hguest@guest-associates.com

Bradford R. Carver, Esq.
Hinshaw & Culbertson LLP
One International Place
Third Floor
Boston, MA 02110
617-213-7002
Fax: 617-213-7001
Email: bcarver@hinshawlaw.com

Thomas A. Kaelin, Esq.
P.O. Box 323
295 Main Street South
Woodbury, CT 06798
203-263-6432
Fax: 203-263-6433
Email: tkaelin@kaelinlaw.com

                 */s/ Jonathan A. Kaplan (CT27126)*
                 Jonathan A. Kaplan (CT27126)