UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL V. GABRIELLE
      v.

LAW OFFICE OF MARTHA GROOG,
and AMERICAN HOME MORTGAGE
SERVICING, INC.

3:10CV1798(WWE)

J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendants' motions to dismiss

The Court has reviewed all of the papers filed in conjunction with the motions and on February 9, 2012, entered a Memorandum of Decision granting the motions.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants Law office of Martha Croog and American Home Mortgage Servicing, Inc. and the case is closed.

Dated at Bridgeport, Connecticut, this 27th day of February, 2012.

ROBERTA D. TABORA, Clerk

By     /s/
    Deborah A. Candee
    Deputy Clerk

Entered on Docket _____