**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of Connecticut

File Number 3:10-cv-01798-WWE

| | |
|---|---|
| Michael V. Gabriele        ) | |
|     *Plaintiff,*        ) | |
| v.                                  ) | Notice of Appeal |
|                                     ) | |
| Law Office of Martha Croog, Et Al ) | |
|     *Defendant.*        ) | |

Notice is hereby given that Plaintiff _____, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the 2nd Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 9th day of February, 2012.

/s/
J. Hanson Guest

Attorney for
Plaintiff

Address:
151 New Park Avenue, Hartford, CT 06106

*See Rule 3(c) for permissible ways of identifying appellants